UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MICHAEL WADE MAPLES,             ) | |
| ) | |
| Petitioner             ) | |
| ) | |
| v.                                           ) | Case No. 4:12-cv-03809-WMA-HGD |
| ) | |
| WARDEN BANKSTON and THE  ) | |
| ATTORNEY GENERAL OF THE  ) | |
| STATE OF ALABAMA,             ) | |
| ) | |
| Respondents             ) | |

**<u>MEMORANDUM OPINION</u>**

On October 17, 2013, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  A copy of the report and recommendation mailed to petitioner at his last known address was returned to the court marked "Return to Sender–Unable to Forward" and "Released." Petitioner has not provided the court with an updated address.  No objections have been filed by petitioner or respondents.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby ADOPTS the report of the magistrate

judge. The court further ACCEPTS the recommendations of the magistrate judge that the petition for writ of habeas corpus be denied.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

DONE this 1st day of November, 2013.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE